**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| MATTHEW JONES, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-CV-00218 ACL |
| STEELE POLICE, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of his complaint. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Plaintiff is therefore not entitled to reconsideration of the dismissal of his third amended complaint, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of his third amended complaint [Doc. #6] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 21st day of October, 2024.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE